UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                :     Order

    -v.-                                :     09 Cr. 868 (BSJ)

ANTONIO PEGAS,                          :
  a/k/a "Tony,"
               Defendant.      :

- - - - - - - - - - - - - - - - - - - - -x

       WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on March 15, 2010;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
        April 23, 2010

                                            _____
                                            THE HONORABLE BARBARA S. JONES
                                            UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/26/10